ACCEPTED
15-25-00180-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/12/2025 2:52 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00180-CV

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/12/2025 2:52:57 PM
CHRISTOPHER A. PRINE
Clerk

ROSALINDA E. ROMERO,
*Appellant,*

V.

TEXAS PERMANENT SCHOOL FUND CORP.,
*Appellee.*

---

On Appeal from the 98th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-24-009170

---

## APPELLEE TEXAS PERMANENT SCHOOL FUND CORPORATION'S
## UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
## TO FILE APPELLEE'S BRIEF

---

David R. Schlottman
State Bar No. 24083807
dschlottman@jw.com
Lauren M. Vogel
State Bar No. 24114574
lvogel@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000

COUNSEL FOR APPELLEE

1

TO THE HONORABLE JUDGE OF THIS COURT:

Appellee Texas Permanent School Fund Corporation ("Appellee" or "Texas PSF") files this Unopposed Motion for Extension of Deadline to File Appellee's Brief (the "Motion"), and would respectfully show the Court as follows:

1. Appellant Rosalinda Romero ("Appellant" or "Romero") filed a Notice of Appeal in the 98th District Court of Travis County, Texas on August 11, 2025, which the Third Court of Appeals acknowledged on August 12, 2025.

2. On September 5, 2025, the clerk's record was filed in the Third Court of Appeals.

3. Appellee filed a Motion to Transfer the appeal to the Fifteenth Court of Appeals on August 20, 2025.

4. The Third Court of Appeals issued a preliminary determination that the matter be transferred to this Court on October 1, 2025.

5. The Fifteenth Court Appeals agreed with the Third Court of Appeals' recommendation that the matter be transferred to this Court on October 10, 2025.

6. The Third Court of Appeals then issued its Order and Memorandum Opinion, on October 28, 2025, transferring this matter to this Court.

7. Appellant's brief was initially due on October 6, 2025.

8. Appellant filed an Unopposed Motion to Extend Deadline to File Appellant's Brief on November 7, 2025, requesting the deadline be extended to November 26, 2025. The Court granted the motion.

9. Appellant filed a second Motion for Extension of Deadline to File Appellant's Brief on November 26, 2025, requesting the deadline be extended to December 10, 2025, which the Court granted.

10. Appellant filed the Appellant's Brief on December 10, 2025.

11. The current deadline for Appellee's brief is Friday, January 9, 2025.

12. Appellee respectfully requests a 30-day extension to file its Appellee's Brief to provide counsel additional time to prepare Appellee's Brief in light of the intervening holidays.

13. This request for extension of time is not made for purpose of delay, but so that justice may be done.

## REQUESTED RELIEF

Appellee Texas Permanent School Fund Corporation respectfully requests that the Court extend its deadline to file the Appellee's Brief by 30 days.

Respectfully submitted,

By: */s/ David R. Schlottman*
David R. Schlottman
State Bar No. 24083807
dschlottman@jw.com
Lauren M. Vogel
State Bar No. 24114574
lvogel@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000

COUNSEL FOR APPELLEE

## Certificate of Conference

I certify that on December 12, 2025, I contacted counsel for Appellant Rosalinda E. Romero regarding this Motion and the relief requested herein. On December 12, 2025, counsel for Appellant indicated that Appellant is unopposed to this Motion.

*/s/ Lauren M. Vogel*
Lauren M. Vogel

4

**Certificate of Service**

I certify that on December 12, 2025, a true and correct copy of the foregoing document was served on the following counsel via FileTime e-filing system, certified U.S. mail, return receipt requested, and/or third-party commercial carrier:

John F. Melton
The Melton Law Firm, PLLC
925 South Capital of Texas Highway, Suite B225
Austin, TX 78746
jmelton@jfmeltonlaw.com

*/s/ David R. Schlottman*
David R. Schlottman

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Theron Bentz on behalf of David Schlottman
Bar No. 24083807
tbentz@jw.com
Envelope ID: 109049959
Filing Code Description: Motion
Filing Description: TPSF - Mtn to Extend Deadline
Status as of 12/12/2025 3:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Schlottman | 24083807 | dschlottman@jw.com | 12/12/2025 2:52:57 PM | SENT |
| Paige Densman | | paige@jfmeltonlaw.com | 12/12/2025 2:52:57 PM | SENT |
| John Melton | | jmelton@jfmeltonlaw.com | 12/12/2025 2:52:57 PM | SENT |
| Theron Bentz | | tbentz@jw.com | 12/12/2025 2:52:57 PM | SENT |
| Lauren Vogel | | lvogel@jw.com | 12/12/2025 2:52:57 PM | SENT |
| Erin Shea | | eshea@jw.com | 12/12/2025 2:52:57 PM | SENT |